**Lance P. CRULL, Respondent,**

v.

**Susan D. CRULL, Appellant.**

No. WD 51203.

Missouri Court of Appeals, Western District.

May 7, 1996.

M. Corinne Corley, Corley Law Firm, Kansas City, for appellant.

Scott K. Friedrich, Harrisonville, for respondent.

Before HANNA, P.J., and FENNER, C.J., and ELLIS, J.

### ORDER

PER CURIAM:

Susan D. Crull (Wife) appeals from an order of the Circuit Court of Cass County modifying the visitation and child support provisions of the decree that dissolved her marriage to Lance P. Crull (Husband). Perceiving no jurisprudential value in a published opinion, we enter this summary order. However, the parties have been provided a memorandum opinion explaining our decision.

Judgment affirmed. Rule 84.16(b).